UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO BONILLA,

          Plaintiff,

    v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

          Defendant.

Case No. 25-cv-05203-DMR

**ORDER TO SHOW CAUSE**

Defendant filed a motion for judgment on the pleadings on July 7, 2025. [Docket No. 9.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on July 21, 2025, but no opposition has been received. Defendant filed a notice on July 23, 2025 alerting the court that no opposition was filed. [Docket No. 10.]

<u>Plaintiff Mario Bonilla is ordered to respond by **July 30, 2025**, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a). Plaintiff shall also file an opposition or alternatively file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b) by **July 30, 2025**. If the court does not discharge the order to show cause, the court will not consider any late-filed opposition. The hearing on August 14, 2025 is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiff does not respond by **July 30, 2025**, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 25, 2025

Donna M. Ryu
Chief Magistrate Judge