UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BONILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 25-cv-05203-DMR<br><br>**SECOND ORDER TO SHOW CAUSE** |

Defendant filed a motion for judgment on the pleadings on July 7, 2025. [Docket No. 9.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on July 21, 2025. Defendant filed a notice on July 23, 2025 alerting the court that no opposition had been filed and no request for an extension had been made by Plaintiff. [Docket No. 10.] The court ordered Plaintiff to show cause by July 30, 2025 for his failure to respond to the motion for judgment on the pleadings. [Docket No. 11.]

Plaintiff's counsel filed a response to the order to show cause. [Docket No. 12.] The response was prepared by attorney Oguz Erzincan, who states under oath that he is counsel of record for Plaintiff and is admitted to practice before the United States District Court for the Northern District of California. [Docket Nos. 12-2 (Oguz Erzincan Decl., July 30, 2025) ¶ 1.] However, the docket reflects that the only counsel of record for Plaintiff are James Arrasmith and Mark Egan McGuinness. The court's internal records also indicate that although Oguz Erzincan is admitted to the California state bar, he has not been admitted to practice in this district.

The court cannot consider Plaintiff's response to the order to show cause because it was prepared and submitted by a lawyer who is not admitted to practice in this district and who is not counsel of record in this case. The court takes this opportunity to further note that Mr. Erzincan's

1  response is evasive and suggests he believes he can ignore the rules setting deadlines for
2  opposition briefs if he thinks it is justified.
3        **By August 4, 2025,** Plaintiff's counsel of record (James Arrasmith or Mark Egan
4  McGuinness) shall file a full response to the order to show cause that explains in detail why the
5  deadline was missed and what exact steps the firm is taking to make sure similar problems do not
6  arise in the future.  Failure to file a timely response may result in dismissal of the case for failure
7  to prosecute, or the granting of Defendant's motion for judgment on the pleadings.  Plaintiff's
8  counsel shall also file a separate opposition brief by the same date.  If the court does not discharge
9  the order to show case, the court will not consider any late-filed opposition.

12        **IT IS SO ORDERED.**
13  Dated: July 31, 2025

_____
Donna M. Ryu
Chief Magistrate Judge